UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WRIGHT,

    Plaintiff,                           Case No. 08-10996

v.                                     Honorable John Corbett O'Meara

UNITED STATES POSTAL SERVICE,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S
## APPLICATION FOR APPOINTMENT OF COUNSEL

    This matter came before the court on Plaintiff's Application for Appointment of Counsel. The appointment of counsel in a civil case is a privilege and not a constitutional right, one that should be allowed only in exceptional cases. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). The United States Court of Appeals for the Sixth Circuit has advised that district courts, in considering an application for appointment of counsel in civil cases, "should at least consider plaintiff's financial resources, the efforts of plaintiff to obtain counsel, and whether plaintiff's claim appears to have any merit." Henry v. City of Detroit Manpower Dep't., 763 F.2d 757, 760 (6th Cir. 1985).

    In this case Plaintiff Wright filed an incomplete application for appointment of counsel. There is no indication if Plaintiff is married, whether Plaintiff has made any effort to obtain counsel, or the month, year and monthly pay rate of his last employment.

## ORDER

    It is hereby **ORDERED** that Plaintiff's Application for Appointment of Counsel is **DENIED.**


                                                   s/John Corbett O'Meara
                                                   United States District Judge


Date: April 28, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 28, 2008, by electronic and/or ordinary mail.

s/William Barkholz  
Case Manager