UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WRIGHT,

    Plaintiff,

                                      Case No. 08-10996

v.

UNITED STATES POSTAL SERVICE,        Hon. John Corbett O'Meara

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

      Before the court is Defendant's motion to dismiss, filed July 25, 2008. Defendant contends that the court lacks subject matter jurisdiction and that Plaintiff's complaint fails to state a claim upon which relief may be granted. Plaintiff did not file a response to Defendant's motion, but requested that the court appoint counsel for him. The court denied Plaintiff's request on December 4, 2008. At the same time, the court gave Plaintiff until January 5, 2008, to file a response to Defendant's motion. Plaintiff has not submitted a response. Because Defendant's motion is unopposed, the court will grant it.

      IT IS HEREBY ORDERED that Defendant's motion to dismiss is GRANTED and Plaintiff's complaint is DISMISSED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: February 27, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 27, 2009, by electronic and/or ordinary mail.

                                               s/William Barkholz
                                               Case Manager